IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cr 009

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JERALD DEANGELO GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Supplement the Record (#32) filed by the Government. An examination of the motion shows that Defendant's counsel has been consulted and does not oppose the motion. As a result, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Supplement the Record (#32) is hereby **ALLOWED** and the Court will accept into evidence Government's Exhibit "13" which is attached to the motion.

Signed: May 26, 2017

Dennis L. Howell
United States Magistrate Judge

1