IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cr 09

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JERALD DEANGELO GREEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to an oral motion made by counsel for Defendant and the Assistant United States Attorney requesting time to file additional briefs in regard to Defendant's Motion to Suppress. For good cause shown, the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the oral motion made by counsel for Defendant and the Assistant United States Attorney is hereby **ALLOWED** and Defendant will be granted up to and including **June 2, 2017** to file such additional briefs as would support his motion, and the Government will be provided up to and including **June 9, 2017** to file an additional response.

Signed: May 31, 2017

_____
Dennis L. Howell
United States Magistrate Judge